BOIES, SCHILLER & FLEXNER LLP

David Boies (admitted *pro hac vice*)
Edward J. Normand (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com
E-mail: enormand@bsfllp.com

Andrew Z. Michaelson (admitted *pro hac vice*)
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
E-mail: amichaelson@bsfllp.com

Beko O. Reblitz-Richardson (CA Bar No. 238027)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: brichardson@bsfllp.com

*Attorneys for Defendants VA Partners I, LLC, ValueAct Capital Master Fund, L.P. and ValueAct Co-Invest International, L.P.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>VA PARTNERS I, LLC, VALUEACT CAPITAL MASTER FUND, L.P. and VALUEACT CO-INVEST INTERNATIONAL, L.P.<br><br>Defendants. | Case No. 16-cv-01672 (WHA)<br><br>[PROPOSED] **STIPULATED ORDER CHANGING TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT AND MOTION TO DISMISS BRIEFING**<br><br>Complaint Filed: April 4, 2016 |

The Court has reviewed the parties' Stipulated Request for Order Changing Time. The parties' stipulated request is GRANTED. The Court sets the following dates and deadlines:

1. Defendants shall answer or otherwise respond to the complaint by July 6, 2016;

2. If Defendants move to dismiss the complaint, Plaintiff shall file its opposition to Defendants' motion to dismiss by August 5, 2016; and

3. Defendants shall file their reply brief, if any, by August 15, 2016.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 27, 2016.

Hon. William Alsup
United States District Judge