BOIES, SCHILLER & FLEXNER LLP

1. David Boies (admitted *pro hac vice*)
2. Edward J. Normand (admitted *pro hac vice*)
3. 333 Main Street
   Armonk, NY 10504
4. Telephone: (914) 749-8200
   Facsimile: (914) 749-8300
5. E-mail: dboies@bsfllp.com
   E-mail: enormand@bsfllp.com

6. 
7. Andrew Z. Michaelson (admitted *pro hac vice*)
   575 Lexington Avenue
8. New York, NY 10022
   Telephone: (212) 446-2300
9. Facsimile: (212) 446-2350
   E-mail: amichaelson@bsfllp.com

10. 
11. Beko O. Reblitz-Richardson (CA Bar No. 238027)
    1999 Harrison Street, Suite 900
12. Oakland, CA 94612
    Telephone: (510) 874-1000
13. Facsimile: (510) 874-1460
    E-mail: brichardson@bsfllp.com

14. *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  -against-<br><br>VA PARTNERS I, LLC, VALUEACT CAPITAL MASTER FUND, L.P., and VALUEACT CO-INVEST INTERNATIONAL, L.P.,<br><br>        Defendants. | Case No. 16-cv-01672 (WHA)<br><br>**STIPULATION AND [PROPOSED] ORDER TO INCREASE PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S OPPOSITION** |

## STIPULATION

WHEREAS, pursuant to the Court's May 27, 2016 order, Defendants shall file a motion to dismiss by July 6, 2016, Plaintiff shall file an opposition by August 5, 2016, and Defendants shall file a reply by August 15, 2016;

WHEREAS, pursuant to Northern District of California Local Civil Rules 7-2, 7-3, and 7-4, Defendants are limited to 25 pages for their notice and supporting papers and Plaintiff is limited to 25 pages for its memorandum in opposition to Defendants' motion;

WHEREAS, Defendants' motion to dismiss will raise complex issues of constitutional law arising under the First and Fifth Amendments;

WHEREAS, Defendants believe that increasing the page limits will assist the Court in adjudicating this matter and Plaintiff; and

WHEREAS, Plaintiff does not believe that there are grounds for dismissal or that an enlarged page limit is necessary for Defendants to present their argument, but has agreed not to oppose the Defendants' motion to facilitate prompt resolution of this matter,

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff and Defendants that

1. Defendants may submit a motion to dismiss of up to ~~40~~ 35 pages;

2. Plaintiff may submit an opposition brief of up to ~~40~~ 35 pages; and

3. Defendants may submit a reply brief of up to 15 pages.

Nothing herein shall change or otherwise affect any dates currently set per the Court's May 27, 2016 order (Docket No. 28).

Dated: June 30, 2016     BOIES, SCHILLER & FLEXNER LLP

By: /s/ Andrew Z. Michaelson
Andrew Z. Michaelson (admitted *pro hac vice*)
575 Lexington Avenue

Case 3:16-cv-01672-WHA   Document 30   Filed 06/30/16   Page 3 of 4

New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
E-mail: amichaelson@bsfllp.com

David Boies (admitted *pro hac vice*)
Edward J. Normand (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com
E-mail: enormand@bsfllp.com

Beko O. Reblitz-Richardson (CA Bar No. 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: brichardson@bsfllp.com

*Attorneys for Defendants*


By: /s/ Kathleen S. O'Neill
Kathleen S. O'Neill
Brian E. Hanna
Joseph C. Mazumdar
Robert A. Lepore
United States Department of Justice
Antitrust Division
450 5th Street SE
Washington, DC 20530
Telephone: (202) 598-8360
Email: kathleen.oneill@usdoj.gov
Email: brian.hanna2@usdoj.gov
Email: chan.mazumdar@usdoj.gov
Email: robert.lepore@usdoj.gov

Tai S. Milder
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Telephone: (414) 934-5338
Facsimile: (415) 934-5399

STIPULATION & [PROPOSED] ORDER
2

Email: tai.milder@usdoj.gov

*Attorneys for Plaintiff*

### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ Andrew Z. Michaelson
Andrew Z. Michaelson (admitted *pro hac vice*)
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
E-mail: amichaelson@bsfllp.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: June 30, 2016.

By: _____
Hon. William Alsup
United States District Judge
U.S. District Court, Northern District of California