Kathleen S. O'Neill
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC  20530
Telephone: (202) 307-2931
Fax: (202) 307-2874
Email: kathleen.oneill@usdoj.gov

*Attorney for Plaintiff United States of America*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>VA PARTNERS I, LLC, et al.,<br><br>           Defendants. | Civil Action No.: 16-cv-01672-WAH<br><br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

        Counsel report that they have met and conferred regarding ADR and that they:

X     have not yet reached an agreement to an ADR process

☐     request an Early Settlement Conference with a Magistrate Judge


Date of Case Management Conference:  <u>July 21, 2016</u>

 The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Kathleen S. O'Neill | United States of America | (202) 307-2931 | kathleen.oneill@usdoj.gov |
| Andrew Z. Michaelson | Defendants | (212) 446-2382 | amichaelson@bsfllp.com |

                                                Respectfully submitted,

Dated: June 30, 2016                      _____/s/_____
                                                Kathleen S. O'Neill
                                                U.S. Department of Justice
                                                Antitrust Division
                                                450 Fifth Street, NW, Suite 8000
                                                Washington, DC  20530
                                                Telephone: (202) 307-2931
                                                Fax: (202) 307-2874
                                                Email: kathleen.oneill@usdoj.gov

Dated: June 30, 2016                      _____/s/_____
                                                Andrew Zenner Michaelson
                                                Boies, Schiller & Flexner LLP
                                                575 Lexington Avenue
                                                New York, NY 10022
                                                Telephone: (212) 446-2300
                                                Fax: (212) 446-2350
                                                Email: amichaelson@bsfllp.com

## **ATTESTATION**

     I, Kathleen S. O'Neill, am the ECF User whose identification and password are being used to file the **NOTICE OF NEED FOR ADR PHONE CONFERENCE**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Andrew Michaelson has concurred in this filing.

Date:  June 30, 2016                        By: _____/s/_____
                                                      Kathleen S. O'Neill