BOIES, SCHILLER & FLEXNER LLP

David Boies (admitted *pro hac vice*)
Edward J. Normand (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com
E-mail: enormand@bsfllp.com

Andrew Z. Michaelson (admitted *pro hac vice*)
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
E-mail: amichaelson@bsfllp.com

Beko O. Reblitz-Richardson (CA Bar No. 238027)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: brichardson@bsfllp.com

*Attorneys for Defendants VA Partners I, LLC, ValueAct Capital*
*Master Fund, L.P. and ValueAct Co-Invest International, L.P.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cv-01672 (WHA) |
| Plaintiff, | |
| -against- | [PROPOSED] **STIPULATED ORDER CHANGING TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT AND MOTION TO DISMISS BRIEFING** |
| VA PARTNERS I, LLC, VALUEACT CAPITAL MASTER FUND, L.P. and VALUEACT CO-INVEST INTERNATIONAL, L.P. | |
| | Complaint Filed: April 4, 2016 |
| Defendants. | |

Case No. 16-cv-01672

[PROPOSED] STIPULATED ORDER CHANGING TIME
FOR DEFENDANTS' RESPONSE TO COMPLAINT AND MOTION TO DISMISS BRIEFING

1

2        The Court has reviewed the parties' Stipulated Request for Order Changing Time.  The

3   parties' stipulated request is GRANTED.  The Court sets the following dates and deadlines:

4        1.      Defendants shall answer or otherwise respond to the complaint by July 6, 2016;

5        2.      If Defendants move to dismiss the complaint, Plaintiff shall file its opposition to

6   Defendants' motion to dismiss by August 5, 2016; and

7        3.      Defendants shall file their reply brief, if any, by August 15, 2016.

8

9   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11  DATED: _May 27, 2016._____        _____
                                          Hon. William Alsup
12                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 16-cv-01672

[PROPOSED] STIPULATED ORDER CHANGING TIME
FOR DEFENDANTS' RESPONSE TO COMPLAINT AND MOTION TO DISMISS BRIEFING

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA