BOIES, SCHILLER & FLEXNER LLP

David Boies (admitted *pro hac vice*)
Edward J. Normand (admitted *pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
E-mail: dboies@bsfllp.com
E-mail: enormand@bsfllp.com

Andrew Z. Michaelson (admitted *pro hac vice*)
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
E-mail: amichaelson@bsfllp.com

Beko O. Reblitz-Richardson (CA Bar No. 238027)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: brichardson@bsfllp.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    -against-<br><br>VA PARTNERS I, LLC, VALUEACT CAPITAL MASTER FUND, L.P., and VALUEACT CO-INVEST INTERNATIONAL, L.P.,<br><br>           Defendants. | Case No. 16-cv-01672 (WHA)<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT AND MOTION TO DISMISS BRIEFING** |

## **STIPULATION**

WHEREAS, Defendants currently must answer or move to dismiss the complaint by July 6, 2016, Plaintiff must file an opposition to any motion to dismiss by August 5, 2016, and Defendants must file a reply to any such opposition by August 15, 2016;

WHEREAS, the parties are in active and productive discussions regarding a resolution of this matter, such discussions are expected to continue through the weekend, and the parties agree that the proposed extension of time will facilitate these discussions;

WHEREAS, the Court previously granted the parties' stipulated request for an order changing time on May 27, 2016;

WHEREAS, the proposed extension of time will not affect any other dates currently scheduled by the Court;

THEREFORE, pursuant to Local Rule 6-2, the parties through their respective attorneys stipulate as follows:

1. Defendants shall answer or otherwise respond to the complaint by July 13, 2016;

2. If Defendants move to dismiss the complaint, Plaintiff shall file its opposition to Defendants' motion to dismiss by August 12, 2016; and

3. Defendants shall file their reply brief, if any, by August 22, 2016.

Dated: July 1, 2016

By: /s/ Beko O. Reblitz-Richardson
Beko O. Reblitz-Richardson (CA Bar No. 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: brichardson@bsfllp.com

*Attorney for Defendants*

Dated: July 1, 2016

By: /s/ Kathleen S. O'Neill

STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT AND MOTION TO DISMISS BRIEFING

Kathleen S. O'Neill
United States Department of Justice
Antitrust Division
450 5th Street SE
Washington, DC 20530
Telephone: (202) 598-8360
Email: kathleen.oneill@usdoj.gov

*Attorney for Plaintiff*

### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Kathleen O'Neill, attorney for Plaintiff.

By: /s/ Beko O. Reblitz-Richardson
Beko O. Reblitz-Richardson (CA Bar No. 238027)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
E-mail: brichardson@bsfllp.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 1, 2016.

_____
Hon. William Alsup
United States District Judge