Kathleen S. O'Neill
Joseph Chandra Mazumdar
Brian E. Hanna
Robert A. Lepore
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC  20530
Tel: (202) 307-2931
Fax: (202) 307-2874
Email: kathleen.oneill@usdoj.gov
Email: chan.mazumdar@usdoj.gov
Email: brian.hanna2@usdoj.gov
Email: robert.lepore@usdoj.gov

Tai Milder
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, room 10-0101
Tel: (415) 934-5300
Fax: (415) 934-5399
Email: tai.milder@usdoj.gov

*Attorneys for Plaintiff United States of America*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>VA PARTNERS I, LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 16-cv-01672 (WHA)<br><br>**STIPULATION & [PROPOSED] ORDER** |

Case No. 16-cv-01672 (WHA)
Stipulation & [Proposed] Order

1

# ORDER

1  The Court having considered the parties' Stipulation and Order, and upon the consent of
2  the parties,
3  IT IS HEREBY ORDERED that Defendants shall abide by and comply with all terms
4  and provisions of the proposed Final Judgment pending compliance with the requirements of the
5  Antitrust Procedures and Penalties Act, 15 U.S.C. § 16.

6
7  Dated:  __July 18, 2016.__

8
9
10
11                                                              _____
                                                                Hon. William Alsup
12                                                              United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 16-cv-01672 (WHA)
Stipulation & [Proposed] Order

2