Kathleen S. O'Neill
Joseph Chandra Mazumdar
Brian E. Hanna
Robert A. Lepore
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC  20530
Tel: (202) 307-2931
Fax: (202) 307-2874
Email: kathleen.oneill@usdoj.gov
Email: chan.mazumdar@usdoj.gov
Email: brian.hanna2@usdoj.gov
Email: robert.lepore@usdoj.gov

Tai Milder
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, room 10-0101
Tel: (415) 934-5300
Fax: (415) 934-5399
Email: tai.milder@usdoj.gov

*Attorneys for Plaintiff United States of America*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VA PARTNERS I, LLC, et al.,<br><br>　　　　　Defendants. | Civil Action No.: 16-cv-01672 (WHA)<br><br>**[PROPOSED] STIPULATED ORDER GRANTING RELIEF FROM CASE MANAGEMENT CONFERENCE AND CASE DEADLINES** |

Case No. 16-cv-01672 (WHA)
[Proposed] Stipulated Order Granting Relief From
Case Management Conference and Case Deadlines

1

1    Having considered the parties Stipulated Request for Relief from the Case Management
2    Conference and Case Deadlines, and for good cause shown,
3    **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the Case
4    Management Conference currently scheduled for July 21, 2016 is ~~vacated and all deadlines~~ continued to October 20 at 11:00 am
5    ~~associated with the setting of the Case Management Conference~~, all ADR deadlines, and all
6    deadlines associated with Defendants' response to the Complaint are ~~stayed during the pendency~~ continued accordingly.
7    ~~of the proceedings under Antitrust Procedures and Penalties Act.~~
8    The parties shall file a joint status update by the earlier of: (1) five days after the completion of the APPA proceedings or (2) September 26.

10   Dated: July 18, 2016.

     _____
     Hon. William Alsup
     United States District Judge

Case No. 16-cv-01672 (WHA)
~~[Proposed]~~ Stipulated Order Granting Relief From
Case Management Conference and Case Deadlines

2